# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> *Plaintiff* § § § | |
| **VS** § § | Case No.  MO-10-CR-00094-DC |
| **(1) MICHAEL JAY ALDRIDGE** <br> *Defendant* § § § | |

## ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the January 13, 2020, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on September 28, 2010, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Damian Castillo.  The United States was represented by Assistant United States Attorney, Shane Chriesman.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant on Supervised Release.  Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by the Judgment entered on September 28, 2010, and it is hereby **REVOKED** and **SET ASIDE** and the Defendant is resentenced as follows:

**The Defendant, MICHAEL JAY ALDRIDGE, is hereby committed to the custody of the United States Bureau of Prisons for a term of Twelve (12) months.  A term of Three (3) years Supervised Release is imposed with all Mandatory and Standard Conditions approved for the Western District of Texas and all conditions previously imposed, in addition to the following special conditions:**

> The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

**The Clerk will provide the United States Marshal Service with a copy of this Order and a copy of the Judgment entered on September 28, 2010, to serve as the commitment of the Defendant.**

Signed this 13th day of January, 2020.

**David Counts**
United States District Judge